271 P.2d 155]

[Civ. No. 8395.   Third Dist.   June 4, 1954.]

PACIFIC EMPLOYERS INSURANCE COMPANY et al.,
Petitioners, v. INDUSTRIAL ACCIDENT COMMIS-
SION and JOHN JAMES TREMBATH, Respondents.

Mullen & Filippi for Petitioners.

T. Groezinger for Respondents.

PEEK, J.—This petition for review is a companion case to,
and presents the same issues as those disposed of in *Globe
Indemnity Co.* v. *Industrial Acc. Com., ante,* p. 763 [271
P.2d 149, this day filed, and is controlled by the decision
in that case.

The award is affirmed.

Van Dyke, P. J., and Schottky, J., concurred.

A petition for a rehearing was denied June 29, 1954.